Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

_6 th_ District of _Wilkinson_

_Southern_ Division



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
APR - 4 2022
ARTHUR JOHNSTON
BY _____ DEPUTY

_Tony Chisholm_

_____

Plaintiff(s)
_(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)_

–v–

_Ellen Rebbecca Banford_

_____

Defendant(s)
_(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)_

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _5:22-cv-24-DCB-FKB_

_(to be filled in by the Clerk's Office)_

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should _not_ contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include _only_: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

# IN The District Court of GuAM

Tony Chisholm,
Kisha Lynett Chisholm
ON Behalf of Himself
And all Others, Similarly

Situated    vs
                    Ellen Rebbecca Branford 'ET al
                    Governor, Guam
                    Wilkinson County Public Government
                    Officials, & County Administrators

Motion for Summary Judgment
Pursuant to fed. R Civil P. Rule 56.A
See ETC no 6, 8 fed. R Civil P.
Rule 5.2. Intervention

'Federal' Tort 'Claim' ACT
Under failure to 'Protect the' Willing
'IN' Civil Proceedings, Public' Neg Diligence
William ACT's, Tender 'Offer 'Wills
STATute of 'Wills Winding UP'

'Economical Stablization 'ACT'
Section 103, 8 508

Process of 'Liquidating', A' Loroperation'
of Partenership, it Involves, the Process
of Collecting the 'Assests 'Paying the 'Expenses', Involved' WireTap.
'Electronic 'Mechanical, or Other 'Devices '18. USC' 2504
'A' federal and 'State Law', 'Prohibit the, Unlawful and 'Unauthorized,'
Use or Possession of 'WireTap' Devices. This 'WireTap' Violates
Federal Criminal Law, Only if it Occurs by Means of an UnUnsal Device

| TITLE:  OFFENDER ACCESS TO COURTS AND LEGAL COUNSEL | SOP NUMBER 20-01-01 |
|---|---|
| EFFECTIVE DATE:  11-01-2015 | NON-RESTRICTED | PAGE 4 of 6 |

134    Video and Audio Recordings

136    Attorneys requesting to bring DVD, CD or other audio/video/document recordings for the
137    inmate client to view, must receive prior approval.

139    Upon approval, the attorney may bring DVD/CDs containing evidence, court documents, files,
140    statements, and other documents and information pertaining to the inmate's case to the visit.
141    The necessary DVD/CD viewing equipment will be provided to the attorney by the ILAP office.

143    Law Enforcement Officials

145    Law enforcement officials and representatives of the Attorney General's office will be permitted
146    normal visiting hour access to MDOC offenders.

148    With written authorization from the Commissioner, DCCC, DCI and/or Superintendents, law
149    enforcement officials and representatives of the Attorney General's office will be permitted to
150    make tape recordings.

152    Non-Law Enforcement Process Servers

154    Non-Law enforcement process servers will be allowed to serve MDOC offenders during regular
155    visiting hours normally being Monday through Friday, except holidays.

157    Process servers will provide one day's prior notice as approved by the Commissioner, DCCC,
158    DCI and/or Superintendents.

160    The ILAP, Community Work Center Director and/or Restitution Center Director will approve
161    visitation hours in concurrence with the respective Superintendent and/or DCCC.

163    Visits will be conducted pursuant to the same security restrictions as an attorney of record's
164    visit.

166    Medical/Psychological/Other Representatives

168    Any physician, psychologist, sociologist or any other persons obtained by an offender's attorney
169    of record to interview, evaluate or otherwise consult with the offender must submit to the normal
170    protocol for attorney of record visits with the exception that a court order must be obtained prior
171    to setting up the visit.

173    Mississippi Department of Human Services (MDHS) case workers who are assigned the care,
174    custody and control of the minor child(ren) of an offender will be permitted normal visiting hour
175    access to MDOC offenders.  They must submit to the normal protocol for attorney of record
176    visits.

178    Visits will be conducted pursuant to the same security restrictions as provided in the attorney of
179    record and family visit policies and procedures.

**Rule 903. Subscribing Witness's Testimony**
A subscribing witness's testimony is necessary to authenticate a writing only if
required by the law of the jurisdiction that governs its validity.

[Restyled effective July 1, 2016.]

### Advisory Committee Historical Note

Effective July 1, 2016, the Rule was amended as part of the general
restyling of the Evidence Rules.

Effective June 16, 2016, the "Comment" was retitled "Advisory Committee
Note."

### Advisory Committee Note

The language of Rule 903 has been amended as part of the general restyling
of the Evidence Rules to make them more easily understood and to make style and
terminology consistent throughout the rules. These changes are intended to be
stylistic only. There is no intent to change any result in any ruling on evidence
admissibility.

Under this rule testimony of subscribing witnesses to a will may
nonetheless be necessary to authenticate the will. *See* M.C.A. § 91-7-7 and
§ 91-7-9.

["Advisory Committee Note" substituted for "Comment," effective June 16, 2016;
amended July 1, 2016, to note restyling.]

## ARTICLE X. CONTENTS OF WRITINGS, RECORDINGS, AND PHOTOGRAPHS

**Rule 1001. Definitions That Apply to This Article**
In this article:

**(a)** A "writing" consists of letters, words, numbers, or their equivalent set down in
any form.

**(b)** A "recording" consists of letters, words, numbers, or their equivalent recorded
in any manner.

**(c)** A "photograph" means a photographic image or its equivalent stored in any form.

**(d)** An "original" of a writing or recording means the writing or recording itself or any counterpart intended to have the same effect by the person who executed or issued it. For electronically stored information, "original" means any printout – or other output readable by sight – if it accurately reflects the information. An "original" of a photograph includes the negative or a print from it.

**(e)** A "duplicate" means a counterpart produced by a mechanical, photographic, chemical, electronic, or other equivalent process or technique that accurately reproduces the original.

[Restyled effective July 1, 2016.]

### Advisory Committee Historical Note

Effective July 1, 2016, the Rule was amended as part of the general restyling of the Evidence Rules.

Effective June 16, 2016, the "Comment" was retitled "Advisory Committee Note."

Effective July 1, 1997, Rule 1001(3) and its Advisory Committee Note were amended to correct an apparent printing or typographical error by replacing the word "sign" with the correct word, "sight". 689-692 So. 2d LXVIII (West Miss. Cases 1997).

### Advisory Committee Note

The language of Rule 1001 has been amended as part of the general restyling of the Evidence Rules to make them more easily understood and to make style and terminology consistent throughout the rules. Lower-case lettered subdivisions have replaced numbered paragraphs as first-level formatting. The definitions of "writing" and "recording" – formerly combined in a single definition – now appear in separate subdivisions. These changes are intended to be stylistic only. There is no intent to change any result in any ruling on evidence admissibility.

**(a) and (b) Writings and Recordings.** This provision recognizes that current techniques of recordation are more complex than what we have traditionally defined as "written" or "recorded." To the extent that the best

| 88 | 9/25/2017 16:06(UTC-5) | Gmail | 1060 First Avenue, King of Prussia, PA 19406 | Physical (2) | |
| 89 | 9/25/2017 09:14(UTC-5) | Gmail | 1295 Northland Drive, Suite 300, Mendota Heights, MN 55120 | Physical (2) | |
| 90 | 9/24/2017 15:48(UTC-5) | Gmail | 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA | Physical (2) | |
| 91 | 9/24/2017 12:08(UTC-5) | Gmail | 1060 First Avenue, King of Prussia, PA 19406 | Physical (2) | |
| 92 | 9/24/2017 12:05(UTC-5) | Gmail | 1060 First Avenue, King of Prussia, PA 19406 | Physical (2) | |
| 93 | 9/24/2017 10:45(UTC-5) | Gmail | 1060 First Avenue, King of Prussia, PA 19406 | Physical (2) | |
| 94 | 9/21/2017 15:15(UTC-5) | Gmail | 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA | Physical (2) | |
| 95 | 9/21/2017 07:02(UTC-5) | Gmail | 1060 First Avenue, King of Prussia, PA 19406 | Physical (2) | |
| 96 | 9/20/2017 23:50(UTC-5) | Gmail | 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA | Physical (2) | |
| 97 | 9/20/2017 15:49(UTC-5) | Gmail | 1060 First Avenue, King of Prussia, PA 19406 | Physical (2) | |
| 98 | 9/20/2017 15:48(UTC-5) | Gmail | 1060 First Avenue, King of Prussia, PA 19406 | Physical (2) | |
| 99 | 9/19/2017 16:06(UTC-5) | Gmail | 1060 First Avenue, King of Prussia, PA 19406 | Physical (2) | |
| 100 | 9/19/2017 12:53(UTC-5) | Gmail | 1060 First Avenue, King of Prussia, PA 19406 | Physical (2) | |
| 101 | 9/19/2017 11:21(UTC-5) | Gmail | 1000 Bristol Street North, Suite #17250, Newport Beach, CA 92660 | Physical (2) | |
| 102 | 9/19/2017 11:20(UTC-5) | Gmail | 1060 First Avenue, King of Prussia, PA 19406 | Physical (2) | |
| 103 | 9/18/2017 15:44(UTC-5) | Gmail | 1060 First Avenue, King of Prussia, PA 19406 | Physical (2) | |
| 104 | 9/18/2017 07:00(UTC-5) | Gmail | 1060 First Avenue, King of Prussia, PA 19406 | Physical (2) | |
| 105 | 9/16/2017 01:14(UTC-5) | Gmail | 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA | Physical (2) | |
| 106 | 9/15/2017 16:38(UTC-5) | Gmail | 1060 First Avenue, King of Prussia, PA 19406 | Physical (2) | |
| 107 | 9/15/2017 16:36(UTC-5) | Gmail | 1060 First Avenue, King of Prussia, PA 19406 | Physical (2) | |
| 108 | 9/14/2017 14:35(UTC-5) | Gmail | 45 E City Ave # 1609, Bala Cynwyd, PA 19004 | Physical (2) | |
| 109 | | Chrome | Help | Physical (2) | Yes |
| 110 | | Chrome | device | Physical (2) | Yes |

## SMS Messages (1453)

* These details are cross referenced from this device's contacts

| # | Folder | Party | Time | All timestamps | SMSC | Status | Message | Deleted |
|---|--------|-------|------|----------------|------|--------|---------|---------|
| 1 | Inbox | From +16012156821 Crawfish* Direction: Incoming | 12/7/2017 23:06(UTC-6) | Network: 12/7/2017 23:06(UTC-6) | +140472598 74 | Unread | Just got up my nigga wya Source Extraction: Physical (2) | |
| 2 | Inbox | From +16014936681 Mussycat* Direction: Incoming | 12/7/2017 22:35(UTC-6) | Network: 12/7/2017 22:35(UTC-6) | +140472598 75 | Unread | Laying down Source Extraction: Physical (2) | |
| 3 | Sent | To +16014936681 Mussycat* Direction: Outgoing | 12/7/2017 22:26(UTC-6) | | | Sent | wyd Source Extraction: Physical (2) | |
| 4 | Drafts | To 6012156821 Crawfish* Direction: Outgoing | 12/7/2017 22:24(UTC-6) | | | Unsent | Source Extraction: Physical (2) | |
| 5 | Inbox | From +16014936681 Mussycat* Direction: Incoming | 12/7/2017 22:18(UTC-6) | Network: 12/7/2017 22:18(UTC-6) | +140472598 74 | Read | Wud Source Extraction: Physical (2) | |
| 6 | Drafts | To 6012156821 Crawfish* Direction: Outgoing | 12/7/2017 20:42(UTC-6) | | | Unsent | Source Extraction: Physical (2) | Yes |
| 7 | Drafts | To 6018707425 Wify* Direction: Outgoing | 12/7/2017 18:33(UTC-6) | | | Unsent | Source Extraction: Physical (2) | |

159

678

| | | | | | Yes |
|---|---|---|---|---|---|
| 514 | Name: | 1507601239391.jpg | Size (bytes): | 0 | Yes |
| | Path: | userdata (ExtX)/Root/media/0/DCIM/.thumbnails/1507601239391.jpg | Source Extraction | Physical (2) | |
| | MD5: | N/A | | | |
| 515 | Name: | 1507601239577.jpg | Size (bytes): | 0 | Yes |
| | Path: | userdata (ExtX)/Root/media/0/DCIM/.thumbnails/1507601239577.jpg | Source Extraction | Physical (2) | |
| | MD5: | N/A | | | |
| 516 | Name: | 1507601239733.jpg | Size (bytes): | 0 | Yes |
| | Path: | userdata (ExtX)/Root/media/0/DCIM/.thumbnails/1507601239733.jpg | Source Extraction | Physical (2) | |
| | MD5: | N/A | | | |
| 517 | Name: | 1507601239913.jpg | Size (bytes): | 0 | Yes |
| | Path: | userdata (ExtX)/Root/media/0/DCIM/.thumbnails/1507601239913.jpg | Source Extraction | Physical (2) | |
| | MD5: | N/A | | | |
| 518 | Name: | 1507601240066.jpg | Size (bytes): | 0 | Yes |
| | Path: | userdata (ExtX)/Root/media/0/DCIM/.thumbnails/1507601240066.jpg | Source Extraction | Physical (2) | |
| | MD5: | N/A | | | |
| 519 | Name: | 1507601240357.jpg | Size (bytes): | 0 | Yes |
| | Path: | userdata (ExtX)/Root/media/0/DCIM/.thumbnails/1507601240357.jpg | Source Extraction | Physical (2) | |
| | MD5: | N/A | | | |
| 520 | Name: | 1507601240600.jpg | Size (bytes): | 0 | Yes |
| | Path: | userdata (ExtX)/Root/media/0/DCIM/.thumbnails/1507601240600.jpg | Source Extraction | Physical (2) | |
| | MD5: | N/A | | | |
| 521 | Name: | 1507601240777.jpg | Size (bytes): | 0 | Yes |
| | Path: | userdata (ExtX)/Root/media/0/DCIM/.thumbnails/1507601240777.jpg | Source Extraction | Physical (2) | |
| | MD5: | N/A | | | |
| 522 | Name: | 1507601240937.jpg | Size (bytes): | 0 | Yes |
| | Path: | userdata (ExtX)/Root/media/0/DCIM/.thumbnails/1507601240937.jpg | Source Extraction | Physical (2) | |
| | MD5: | N/A | | | |
| 523 | Name: | 1507601241063.jpg | Size (bytes): | 0 | Yes |
| | Path: | userdata (ExtX)/Root/media/0/DCIM/.thumbnails/1507601241063.jpg | Source Extraction | Physical (2) | |
| | MD5: | N/A | | | |
| 524 | Name: | 1507601241306.jpg | Size (bytes): | 0 | Yes |
| | Path: | userdata (ExtX)/Root/media/0/DCIM/.thumbnails/1507601241306.jpg | Source Extraction | Physical (2) | |
| | MD5: | N/A | | | |
| 525 | Name: | 1507601241476.jpg | Size (bytes): | 0 | Yes |
| | Path: | userdata (ExtX)/Root/media/0/DCIM/.thumbnails/1507601241476.jpg | Source Extraction | Physical (2) | |
| | MD5: | N/A | | | |
| 526 | Name: | 1507601241637.jpg | Size (bytes): | 0 | Yes |
| | Path: | userdata (ExtX)/Root/media/0/DCIM/.thumbnails/1507601241637.jpg | Source Extraction | Physical (2) | |
| | MD5: | N/A | | | |
| 527 | Name: | 1507601241805.jpg | Size (bytes): | 0 | Yes |
| | Path: | userdata (ExtX)/Root/media/0/DCIM/.thumbnails/1507601241805.jpg | Source Extraction | Physical (2) | |
| | MD5: | N/A | | | |
| 528 | Name: | 1507601241995.jpg | Size (bytes): | 0 | Yes |
| | Path: | userdata (ExtX)/Root/media/0/DCIM/.thumbnails/1507601241995.jpg | Source Extraction | Physical (2) | |
| | MD5: | N/A | | | |

# ARTICLE I. GENERAL PROVISIONS

**Rule 101. Scope; Definitions**
**(a) Scope.** These rules apply to proceedings in Mississippi courts. The specific courts and proceedings to which the rules apply, along with exceptions, are set out in Rule 1101.

**(b) Definitions.** In these rules:
    **(1)** "civil case" means a civil action or proceeding;
    **(2)** "criminal case" includes a criminal proceeding;
    **(3)** "record" includes a memorandum, report, or data compilation; and
    **(4)** a reference to any kind of written material or any other medium includes electronically stored information.

[Restyled effective July 1, 2016.]

## Advisory Committee Historical Note

Effective July 1, 2016, the Rule was amended as part of the general restyling of the Evidence Rules.

Effective June 16, 2016, the "Comment" was retitled "Advisory Committee Note."

## Advisory Committee Note

The language of Rule 101 has been amended, and definitions have been added, as part of the general restyling of the Evidence Rules to make them more easily understood and to make style and terminology consistent throughout the rules. Rule 101(b)(3)-(4) expands the meaning of 'record,' a term used frequently in Articles VIII-X. These changes are intended to be stylistic only. There is no intent to change any result in any ruling on evidence admissibility.

*The Style Project*
The Rules of Evidence are the first set of Mississippi procedural rules to be restyled. They are based on the restyled Federal Rules of Evidence, which took effect in 2011, and which followed restyling of the Federal Rules of Civil Procedure in 2007, the Federal Rules of Criminal Procedure in 2002, and the Federal Rules of Appellate Procedure in 1998.

*1. General Guidelines*
In addition to following the restyled Federal Rules of Evidence, guidance in drafting, usage, and style was provided by Bryan Garner, *Guidelines for Drafting*

*and Editing Court Rules,* Administrative Office of the United States Courts (1996) and Bryan Garner, *Dictionary of Modern Legal Usage* (2d ed. 1995). *See also* Joseph Kimble, *Guiding Principles for Restyling the Civil Rules,* in *Preliminary Draft of Proposed Style Revision of the Federal Rules of Civil Procedure,* at page x (Feb. 2005) (http://www.uscourts.gov/uscourts/RulesAndPolicies/rules/Prelim. draft. proposed pt1.pdf); Joseph Kimble, *Lessons in Drafting from the New Federal Rules of Civil Procedure,* 12 Scribes J. Legal Writing 25 (2008–2009). For specific commentary on the Evidence restyling project *see* Joseph Kimble, *A Drafting Example from the Proposed New Federal Rules of Evidence,* 88 Mich. B.J. 52 (Aug. 2009); 88 Mich. B.J. 46 (Sept. 2009); 88 Mich. B.J. 54 (Oct. 2009); 88 Mich. B.J. 50 (Nov. 2009).

### 2. Formatting Changes

Many changes result from using format to achieve clearer presentations. The rules are broken down into constituent parts, using progressively indented subparagraphs with headings and substituting vertical for horizontal lists. "Hanging indents" are used throughout. These formatting changes make the structure of the rules graphic and make the restyled rules easier to read and understand even when the words remain unchanged. Rules 103, 404(b), 606(b), and 612 illustrate the benefits of formatting changes.

Structural divisions within a rule are identified using standard terms and cascading indents, illustrated by the following:
- **(a)** the first level is a lettered subdivision (e.g. "subdivision (a)");
  - **(1)** followed by a numbered paragraph (e.g. "paragraph (a)(1)");
    - **(A)** then a subparagraph, identified by a capital letter (e.g. "subparagraph (a)(1)(A)"); and
      - **(i)** concluding with an item identified by a romanette (e.g. "item (a)(1)(A)(i)").

Bullet points are employed within a rule to set out a list of roughly equal, parallel elements.

While the structural divisions within a rule generally follow this standard pattern throughout, a few exceptions were warranted. Lower-case lettered subdivisions were not used in Rules 803 and 902. Rather, those Rules retained numbered paragraphs as first-level formatting because changing their structure would disrupt electronic search results and thus impose transaction costs that outweigh any benefit in strictly consistent formatting.

### 3. Changes to Reduce Inconsistent, Ambiguous, Redundant, Repetitive, or Archaic Words.

'United 'STATe 'District 'Court
'Mississippi 'Southern 'District'

Tony Chisholm
v
'Ellen 'Rebbecca 'Benford' 'ET 'Al
Wilkinson County Local Government

'Chisholm v 'Benford'
Case, Number. 5-21-CV-00092-

'Orders on Motions'
'ADministrative: 'FKB'
'Plentiffs 'Motion. 8. for 'Order to 'Show Cause
    And 'Protective 'Order'

Is Contrued: To Analyze the 'Construction of A 'Sentence
    2, To translate, 3. To Explain Interpret.
Consul. A 'Chief 'Magistrate of 'Ancient Rome.
2. A 'Government Official 'Appointed to 'Live in a foreign City And Look
    After, His or 'her' 'Country's 'Citizens and 'Business there. Consular, Adj
Consulate; 1. the Position Powers, ETC of a Consul.
2. The Office or Residence of Consul.
'Consult.
    To talk things over, Confer vt. To Seek. Information form.
    To Consider. Consultation

'Consultant. 1 A 'Person who 'Consults
    'Another. 2. 'An 'Expert 'Who Gives
    'Proffessional OR 'Technical 'Adice'
'Consume. To Destroy as by fire
    L To use up or WAste time, 'Money 'ETC
'Consumer. n. One that 'Consumes.
Specif. One who 'Buys 'Goods, OR 'Services
for Personal 'Needs 'Only 'Rather 'than to
'Produce Other 'Goods

Consumerism. A 'movement. to
To 'Protecting the 'Consumer
'Against. Defective 'Products
    'Misleading 'Business 'Practices
        'ETC

Federal Rules of Civil Procedure
Rule 4. A. 'United' States' Attorney
                'Attorney 'General' of the 'United States

 Wilkinson County Local. Government
United States Government.
Official Name. Guam
Governor.


j 'Serving A Foreign State , 8' Local Government
'Political Subdivision, 'Agency
'Instrumentality, In 'Accordance with' 28. USC § 1608.
State . 'Municipal 'Corporation.
'State- 'Created 'Governmental 'Organization'.
Subject to a LawSuit.
To be Served
                Cheif Executive Officer
Territorial Limits of effective Service
'Authorized by a 'federal Statute
Federal 'Claim.' 'Out Side - Court Jurisdiction.


Fed. R. 'Civil. Procedure. Rule 4. f. , 4 h-2.
4-j-1. OR to' Service of a 'Notice under' Rule '71. 1 d. 3. A .
'Asserting 'Jurisdiction', Over' Property or 'Assets
Federal Law.' Court may Assert Jurisdiction Over Property , Authorized by federal Statute
State Law.' On Showing Personal Jurisdiction, Over A 'Defendant.

United States. Federal MAgistrate                "Federal Courts. US Government.
"APPointment By. US District Court.              . United States. District Court for the
                                                  District of GuAM.


Judges MAgistrcts. are Governed By. 28 USC. 631-636.
"Federal MAgistrates 'Act of '1968'


Fed. R. Criminal Procedure Rule. 41
3. Magistrate Judge: In an, Investigation of Domestic Terrorism
   And International Terrorism.


'International. Terroism.. Involves Violent Acts. And Acts
                          of Dangerous to Human Life

That, Are a Violation of Criminal Laws of the United States.
OR Any State that would be a Criminal Violation it Committed
Within the Jurisdiction. of the United States.

Domestic Terroism. is Committed By Home Grown ups
           Who have ties. Connections, Outside the United States

'International Terrorists. Activities. Transend. National Boundaries
                           Are Sponsored by International Groups.

'International. Terrorism. the Other 'World War.' Terroism is, used of, 'Criminal 'Violence
                                                 force A Government Policy Change
'Prefer to Target 'People. rather than 'facilities. 'Because of the 'Value of 'High Assets
Most Governments live to 'Human Life. Governments. & Societies, in the Pursuit of
                                       Goals, that Generally, Political Religious, Ideological.

Mississippi Rules of Evidence
Rule. Common Law Rule, In Mississippi Judicial Notice
Rule 505, 13-122 Clocks the Clergyman
Secretary Stenographer, or
Clerk With the Privilege,
Should, they in the Professional
Capacties, Learn of Communication
But it Would Seem that His Consent
is Meaningless, if the Patient
Rule 505                    Has not Already Waived the Privilege

IN A Restatement of MCA 13-22
The Detination of Clergyman
If is fair to say, that the term
Refers to Clergyman, Who/are, Reliantly
Engaged. IN Activities of Established Denominations.
If is not, Broad Enough to Include All Sorts of Self Desinded Ministers

AMICUS Brief, Rule 103 Governs
the making of an, Evidentry Record
for Purpose of Appeal, Sub-Division
A Reflects Existing, Mississippi Practice
The Objection Must take the Specific Ground.
is Apparent from the Record. Murphy v Stak, By the Same tokea
When a Party Objects to Exclusion of Evidence, He must make an offer of Proof
to the Court, Noting on the Record for Benefit of the Appellant Court. Evidence Trial Court
Excluded Brown V State

United States: Federal, 'Magistrate
Appointed By: United States, 'District' Court,
Judges. Magistrates
Governed By. 28, USC. 631-636

'Federal 'Magistrates' ACT, of '1968'
'Their. Powers. Include the' Ability
to 'Hear, And, Determine, Any 'Pretrial' Motion'
Pending, 'Before. A 'District' Court'
Except for Several, Specified, Motions
To Conduct 'Hearings, Including Evidentiary
Hearings, and to Submit, purposed Findings
of facts, And ReCommendations for Dispositions
28. USC. 636. 'BIA Sec. 447. US 667.

'Governmental, Federal 'District' Court'
'4th' Floor of the' United 'States, 'Court' House'
5Jo,' Colcdd Avenue'
'Hagatna' Guam'

Honorable, France, 'Marie 'Tydingo'
'Gatewood,' First 'Female, 'Chamoru'
'Federal Judge' of the 'United 'States'

'Federal 'Courts,' US. 'Government'
'United 'States, 'District' Court for the
'District of 'Guam'

Is 'one of the 'Territorial 'Courts'
'Within the 'Federal 'Court 'System'
They Others Are the, 'Districts 'Court'
for the 'Common 'Wealth' of
the 'Northern' Mariana 'IsLand'
Also, 'Located within ''9th, 'Circuit'
And the 'US.' Territory of the
'Virgin 'IsLands. 'Located' within
the '3rd' Circuit.' 'Territorial'
'Courts', Excise, the 'Jurisdiction'
of US 'District As' Well'
As 'Local 'Jurisdiction'

Its 'Lone 'Federal 'District.' Chief' Judge'
is one of the Few, 'Article IV.' Territorial'
Judges'
Appointed By the, United 'States, Senate, to a 10. yr. term'
'Current 'Chief' Judge' of the. US.' District' Court of
'Guam'

Mississippi State Treasury Property

Name: Tony Chisholm

ID. 959 9057

Address. 1st West Street P.O. Box 694
              Woodville Mississippi, 39669

Information: Unclaimed Property
Wilkinson County, Sheriff Department
Shareholders, & Issuers of Securities
Annual Meetings

Tony Chisholm
          v
State of Mississippi,
Wilkinson County, Sheriff Department
Public, & Government Officials.

Law Enforcement

Miss Code 97-9-72

Trade Secrets. Transfered Intent
Tort, A Wrong, A Private & Civil
Wrong & Injury from, A Breach
of Legal Duty, That Exists by
Virtue of Society's Expectations
Regarding Interpersonal Conduct, Rather
than Breach By Contract & Other
Private Relationship. 256 NE 2d 254 259
Word Derived from Latin Torts form Twisted Prosser,
Keeton Torts,
Amendant Extended the federal ACT     1. 5th
                                                            Ed 1984
to: Intentional Torts by Law Enforcement
                                        Persons, 28 USC 2680-H

Notorious Claim. Tort Claim ACT. Some Exceptions, However are based
Claims Against the United States      the Act Excludes, Liability for Intentional Torts
Not Sounding in tort, are Governed      Such as Assualt. False Imprisonment, and Slander
By the Tucker ACT, under the      Strict Liability, 406, US 797, And ACTS, done with,
Jurisdiction of the United States      Due Care, In the Execution of An Statute or Regulation
Claims Court 28. USC      OR Within, the Discretionary function of An Agency or Employee
Court of Claims  1496- 1506.      346 US 15. Sec 28. USC 3 2680 Prosser, Keeton Torts, 131, 5th Ed 1984.

CoMMercAl Bank

'GifT'

Atkinson Handbook of Law
of Wills 2-2d. Ed ET 1953.
Deeds Interest, Testator, 20. 50 2d
71. 72. Testament 74. P. 2d 71 72

Gertrude Chisholm
Personal Property 21. Wead 430.
436 See; Causta Mortis'

If the Donsee, Has the Power
to Defect the Gift. There will be
no Trust, If the Subject Matter
of the Supposed Trust in A Uncertain
It' indicates, That no Trust is Intended
The Will Devises the Property
Absolutely Both as to Legal and
Benitical Intherst Therin

'Codicil', HoloGraphic Will
'Non Cupative' Will, 'Revocation' of will
Lampare 'Gift' Intervivos, Testmentry Dispostion'
Will ful 'NeGilibence', Wanton' NeGligence,
'William ALT 'See Tender Offer' Wills Statute'
of See Statute of Wills, 'Winding up'

Wire Tap. 18. USC. 2510. 565. F. 2d 385
US 159 166-67, 450 A 2d 952. 389
US 347.  UNDer Federal Judy.' 18 USC 2516
Invasion of Privacy,
'Claim. For Privacy Damage

'Assorted 'Mississippi', Association
Organizations' 1992
'Boys and Girls Organizations
'Business and Trade Association
'Education Associations

'E. Fraternal 'Associations
and' Organizations
'Political' Parties
Professional Parties
Professional Associations
'Sports Clubs'

United States, Federal Magistrate.

"Appointed By "U.S. District" Judges. Magistrate" Court. Are Governed By "28 USC" 631-636

Federal "Magistrates Act" of "1968" Their "Powers. "Include the Ability to "Hear And "Determine". Any "Pre Trail "Motion" Pending Before A District Court. "Except for "Several "Specified". Motions To "Conduct Hearings", Including "Evidentiary" Hearings and, To Submit proposed "Finding of facts" And "Recommendations for "Disposition". 28 USC 636 (B. I.A)
See 447 US 667

Machination. That which is devised.

A "Device". A "Host" OR "Treacherous"

"Scheme" An "Artful Design" OR. Plot. 135 NE
Id. 225
230

"MACRS" See "Depreciation".
"Modified", "Accelerated" Cost "Recovery System"

"Mafia" See "Organized" "Crime": A Syndicate
of "Professional Criminals" Who "Rely
On "Unlawful" Acts Activities" As A
Way of "Life" 383, F Supp. 346. 350.
Often Called Called the "family".
The "Mafia" OR The "Mob" See. Racketeering

"Magistrate", A "Public" "Civil" "officer" "Invested"
With Some Part of the "Legislature".
"Executive" OR Judicial Power

In A "Narrower Sense", The term only
"Includes" "Inferior Judicial" "officers"
Such As "Justices of the Peace" 16 SW 905
905

'Mississippi, Department'
of Corrections
'Misnet Policies' facial'
'Emergency' Grievance Procedure'
'Mechism'
'Machinction'. That which is devised. A 'Device, A 'Host
OR "Treacherous 'Scheme, An 'Artful Design
or 'Plot' 125, NE 2d 225. 230.

MALLS
See 'Depreciation', 'Modified'. Accelerated 'Cost' Recovery System
Magistrate
A. Public' Civil. Officer'. Invested with some part of 'Legislature'
Executive, or Judicial Power In A
Narrower, Sense. Temp Only includes
Interior, Judicial Officer, Such As
'Solicitation'                              Justices of the 'Peace.
An 'Offense', Developed By the Later.
' Common Law, Courts to 'Reach 'Conduct. Which 'By 'One; Enticed'
'Incited, OR Importuned. 'Another to 'Commit. A 'Felony, OR 'Certain
'Misdemeanor, Injuries
To 'Public 'Safety 'Welfare

'Government Action.'    STATe, & Federal LAW, Prohibited.

A Rule Prescribed by Authorities, A Statute A

Precept Such As, 'Rules, or States' Collectively Legal
Mechanical.
Procedure. Litigation

CommonLaw Offenses, Has been, Codified By Only

A Small Minority of American

Jurisdictions, And is Somtimes are Element

in an 'Attempt' Liability, if the Actors

'ALrees to join, the Other in an Offense

'Model Penal Code'        A 'Soliciation' Libility,

Defines, Soliciation, As' Commanding, EnCouraging

or 'ReQuesting Another Person to Enlcde

in 'Conduct that, Constitutes, A Crime

or, an 'Attemp, To Commit, A Crime

With the 'Intent that A' Crime Be 'Committed'
'Mechanical, 'Nuisance
' Injure to do', Harm, to hurt to' Damage Outrage

to, Do Extreme Violence, or Injury to Abuse

Excessive Abuse              to  Commit A Rape upon

Injurious, Violence, to injure to outRage to Desecrate

to, Profane to Transgress

'Desecrate, To Divert from, A' Scared' purpose to' profane

to turn Aside, to 'Amuse, to 'Entertain, Deception

'STATe of 'Deceiving, to 'Beguile to 'Practice, Vile On to Dope, To while Away

'Deceive, To mislead the mind of to, Impose to, delude to' frustrate,

'Guile to fraud, Duplicity, Doubtless of

'Heart or Speech

United States Government

Mechanical.

Main. Purpose, See Statute of Frauds Maintain.

To Continue to Support to Sustain 199. NYS 2d 342. 344

To Hold, or Keep in, Any Particular State.

OR Condition 343. 2d 927. 931.

In terms of Maintaining, A Nuisance and Preserving

And Continuing its Exsistence By Some

Positive Act. OR By AQuiesence 256. NYS 2d 467. 469.

Machinery.

The Component Parts of A Complex Machine. The Machine General

Any Contrivance which serves

to Regulate the Effect of A

Given force, or to Produce

Or Change, Motion An Organized

System. A Person Who

Acts As A Tool.

Execute. To Effect to Achieve
to Inflict, Capital punishment.
out, on, to make Void. Valid
as by Singing. And Sealing to Perform.

Relculate. to adjust by Rule to put
to keep in Good Order to Direct.
Effect. That which is produced Result, purpose
to Cause to full fill to Execute.

"Nuisance" n. That which Annoys, or is Offensive. A Plague or Pest

Null of no force or validity of no importance    A Bore.
or Account.

Nullify. vt. nullifying, nullified — To Render Null. To Deprive of force.
Nullity— State of Quality of being null. What is of no force or
    Ethical
Numb. Be-numbered without Sentation and motion

 Torpid, vt — To make numb or Torpid to deaden

Number— An Aggregate of units, or A Single Court Unit.
A number Series of Perdical met. Ridical Arrangments of Syllables.
Difference— of form in a word to express unity of Plurality
vt. To Reckon to Enumerate to put A number on to reach
the number of.

Numberless— A That cannot be numbered, Countless, innumerable
Numbles— n- pl. The Entrails of a deer, the Humbles
Numeral. Pertaining to number consisting of of Respresenting
number. n— A Figure used to exspress a number
Numerary- Belonging to Number— numerial.

Appearance: form. Shape
Manner pattern order
Act of Coming into Sight
Semblance. Likelihood.

form: To Shape or mold to
Arrange to invent to make up
To take form.

Invent. To devise or produce
As something new, To Fabricate

Concoct: To devise to plot

Concocation: Act of Concocting
A mixture or preparation
Invention Act in inventing
Contrivance of that which
Did not before exist. Device
Power of Inventing, faculty
By which an Author Produces
plots.

Contrivance: Scheme, Invention
Artifice, An Artful Device fraud
Contrive. To invent to devise to
form a design.

Execute: To Effect to Achieve
To Inflict Capital punishment
on to make Valid As by As
By Signing and Sealing to perform.

Main Purpose "Rule". See "Statute of frauds"
maintain. To Continue to Support to
Sustain 192 NYS 2d 342 344

To "Hold or "keep" in any "particular"
"State or "Condition" 243 f 2d. 927. 931
In Terms of "maintaining A "Nuisance"
"Includes Both "knowledge" of the
"Nuisance" And Preserving, and
"Continuing" Its Existence, By Some
"Positive ACT" OR By Aquiescence
256 NYS 2d. 467. 469 Compar
"maintenance".

Machinary: The Component parts
            Of A Complex machine. The
            Machine in General, Any
"Contrivance, which Serves to
Regulate the "Effect" of A "Given
"force or To "Produce or Change
"Motion, An "Organized System"
A Person who Acts As the tool
of Another.

            Regulat: To adjust by Rule
to put to keep in good order to
Direct.
            Effect. That which is produced
Result Purpose to produce to cause to
fullfill to Exercute.

Wilkinson County,
Commission in the 'STATE'
Created 'under the 'Public'

Tony Chisholm

Vs

Ellen Rebbecca Banford ET. Al
'Wilkinson County, Local. Private 'Government.'
'Public, 'Government' Officials, & 'County 'Board of 'Administrators'

'6th Judicial District.'
'Wilkinson County MS.
Federal Circuit Court.

Judicial' Pertaining to 'Courts of 'Justice. 'Inflicted As A 'Penalty. or 'In 'Judgment
' Victim' Statement'                           Enacted By 'Law OR 'Statute
' L 'Miss. Code Title 17. 'Local 'Government 'Provisions.
L Chapter 13        ''Common, to 'Counties and 'Municipalities
L Interlocal, Cooperation of 'Government Units: 17-13-1   through 17-13-17
'Short Title, 'Cited As the 'InterLocal 'ACt. of '1974'
'Miss Code. 'Title '17, 'Chapter. 13 , 17-13-3. 'Purpose, 17-13-5 'Definition'
' 17-13-17, 'Joint,' Exercise' of 'Powers And 'Responsibility's ' Agreements 'Generally'
17-13- - 'Specifications of 'Agreements.
17-13-11, 'Approval and 'Filing of 'Agreements
17-13-13. 'Funds 'Goods. And Services, 17-13-15. 'General Indictment Authority'
17-13-17, 'Specific 'Restriction of 'Powers